No. 84–6889. OWENS v. FREEMAN, SUPERINTENDENT, PENNSYLVANIA CORRECTIONAL INSTITUTION AT CAMP HILL, ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–6890. JACKSON v. OKLAHOMA ET AL. Sup. Ct. Okla. Certiorari denied.

No. 84–6891. DIAL ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 84–6893. WILLIAMS v. KIMMELMAN, ATTORNEY GENERAL OF NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–6896. FISHER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–6897. VINCENT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–6898. MOCK v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 84–6900. HOBBS v. BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 84–6901. BOWRING v. MILLS ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–6902. ZELTNER v. FAUVER, COMMISSIONER, NEW JERSEY DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–6904. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–6906. MORENO-SEVANO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–6908. DARWIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–6909. SMITH v. DEROBERTIS, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–6912. SIMONS v. DIETZ ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–6915. KIRK v. REES, WARDEN. C. A. 6th Cir. Certiorari denied.